# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| Andrea E. Celli, Esq.<br>Trustee<br>Bonnie Baker, Esq.<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN  38101-1918 |

July 1, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   05-10316            John R. Dwyer

To Whom It May Concern:

Enclosed please find check #**816960** in the amount of **$610.05**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        7

Account#        4418119106158864

Creditor        Compucredit As Assignee
                1st Natl Bank of Omaha
                POB 23051
                Columbus, GA 31902

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

**RECEIVED & FILED**

JUL 05 2011

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY